AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Chair, Council on the Profession | NY City Bar Association |
| 2. | Member | ABA Standing Committee on Pro Bono and Public Service |
| 3. | Council Member, Membership Committee Member | American Law Institute |
| 4. | Council Member | ABA Business Law Section |
| 5. | Senior Advisory Board Member | Harvard Law School Association |
| 6. | Board Member | International Insolvency Institute |
| 7. | Board Member | New York Law Instituute |
| 8. | Executive Committee Member, Delegate to ABA House of Delegates | ABA Judicial Division National Conference of Federal Trial Judges |
| 9. | Board Member, Executive Committee Member, Chair Programs and Pubs Committee | Practising Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Brooklyn Law School - teaching | $11,000.00 |
| 2. | 2017 | Fordham Law School - teaching | $800.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Federal Reserve Bank of New York retirement benefit (spouse) |
| 2. | 2017 | HSBC Technology and Services Inc. (salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 5-8, 2017 | Palm Beach, FL | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | American Law Institute | January 19-20, 2017 | Philadelphia, PA | ALI Council Meeting | transportation, meals, lodging |
| 3. | PRIME Finance | January 21-24, 2017 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 4. | International Insolvency Institute | January 26-28, 2017 | London, UK | III Board Meeting | transportation, meals, lodging |
| 5. | American Bar Association | February 3-6, 2017 | Maimi, FL | ABA Midyear Meeting | transportation, meals, lodging |
| 6. | International Insolvency Institute | February 9-10, 2017 | Philadelphia, PA | III-UNCITRAL Conference | transportation, meals, lodging |

| | | | | |
|---|---|---|---|---|
| 7. | INSOL | March 20-23, 2017 | Sydney, Australia | INSOL Conference | transportation, meals, lodging |
| 8. | American Bar Association | April 5-8, 2017 | New Orleans, LA | ABA Business Law Section | transportation, meals, lodging |
| 9. | American Bar Association | April 24-27, 2017 | The Hague, Netherlands | ABA Judicial Division Conference | transportation, meals, lodging |
| 10. | Aspen Institute | April 28-30, 2017 | Manhasset, NY | Aspen-Berkeley Law corporate social responsibility workshop | transportation, meals, lodging |
| 11. | American Law Institute | May 21-23, 2017 | Washington, DC | ALI Annual meeting | transportation, meals lodging |
| 12. | International Insolvency Institute | June 18-21, 2017 | London, UK | III conference | transportation, meals, lodging |
| 13. | American Bar Association | July 9-13, 2017 | The Hague, Netherlands | World Justice Forum conference | transportation, meals, lodging |
| 14. | American Bankruptcy Institute | July 20-23, 2017 | Newport, RI | ABI conference | transportation, meals, lodging |
| 15. | American Bar Association | August 11-15, 2017 | New York, NY | ABA Annual meeting | transportation, meals |
| 16. | American Bar Association | September 13-16, 2017 | Chicago, IL | ABA Business Law Section meeting | transportation, meals, lodging |
| 17. | American Bar Association | October 7-9, 2017 | Las Vegas, NV | ABA and NCBJ conference | transportation, meals, lodging |
| 18. | Bulgaria Institute for Legal Initiatives | October 30- November 5, 2017 | Sofia and Plovdiv, Bulgaria | Judicial capacity building, national judges' association conference | transportation, meals, lodging |
| 19. | American Law Institute | November 9-10, 2017 | Philadelphia, PA | International Commerical Arbitration advisors meeting | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan accounts | A | Interest | O | T | | | | | |
| 2. Citibank accounts | D | Interest | O | T | | | | | |
| 3. HSBC accounts | B | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | A | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | L | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. Sallie Mae BK SLC UT CD | A | Interest | | | Redeemed | 03/14/17 | M | | |
| 10. Bank of China CD | A | Interest | | | Buy | 03/17/17 | M | | |
| 11. Bank of China CD | A | Interest | | | Redeemed | 09/22/17 | M | | |
| 12. Everbank FL CD | A | Interest | | | Redeemed | 04/06/17 | M | | |
| 13. Whitney Bank CD | A | Interest | | | Buy | 04/11/17 | M | | |
| 14. Whitney Bank CD | A | Interest | | | Redeemed | 07/25/17 | M | | |
| 15. Bank India NY CD | A | Interest | | | Redeemed | 06/07/17 | M | | |
| 16. St Bank of India CD | A | Interest | | | Buy | 06/05/17 | M | | |
| 17. St Bank of India CD | A | Interest | | | Redeemed | 09/18/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank Boroda NY CD | A | Interest | | | Buy | 07/26/17 | M | | |
| 19. Bank Boroda NY CD | A | Interest | | | Redeemed | 10/31/17 | M | | |
| 20. Bank India NY CD | A | Interest | | | Buy | 09/20/17 | M | | |
| 21. Bank India NY CD | A | Interest | | | Redeemed | 12/28/17 | M | | |
| 22. Bank of China CD | A | Interest | | | Buy | 09/20/17 | M | | |
| 23. Bank of China CD | A | Interest | | | Redeemed | 11/28/17 | M | | |
| 24. Bank Boroda NY CD | A | Interest | M | T | Buy | 10/26/17 | M | | |
| 25. Bank of China CD | A | Interest | M | T | Buy | 11/21/17 | M | | |
| 26. Bank India NY CD | A | Interest | M | T | Buy | 12/21/17 | M | | |
| 27. East Aurora NY Un Free Sch Dist | B | Interest | | | Redeemed | 12/01/17 | K | | |
| 28. Orange Cty NY Pub Impt Bds | A | Interest | K | T | Buy | 12/11/17 | K | | |
| 29. Metropolitan Transn Auth NY | B | Interest | K | T | | | | | |
| 30. New York NY City Transitional Fin Auth | B | Interest | K | T | | | | | |
| 31. New York NY Ser 1 Subser 1-1 | B | Interest | K | T | | | | | |
| 32. New York St Hsg Fin Agy Rev Issues | A | Interest | K | T | | | | | |
| 33. Yonkers NY Rfdg-Sch-Ser B | A | Interest | K | T | | | | | |
| 34. Somers NY Cent Sch Dist | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New York St Dorm Auth Sales Tax Ser A | A | Interest | J | T | | | | | |
| 36. New York St Dorm Auth Sales Tax Ser B | A | Interest | K | T | | | | | |
| 37. Oneida NY Pub Impt | A | Interest | K | T | | | | | |
| 38. East Hampton TWN NY RFDG | A | Interest | K | T | | | | | |
| 39. Western Asset Instl Liquid Res | A | Dividend | J | T | | | | | |
| 40. WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 41. WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 42. Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 43. Rental Property, Kings County, New York | E | Rent | N | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 5/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth S. Stong**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544